EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief/Narcotics Section

CONSTANCE A. HASSELL #3374
Assistant U.S. Attorney
Room 6100, PJKK Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808)541-2850
Facsimile:  (808)541-2958
Constance.Hassell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 28 2003

at ___ o'clock and ___ min ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR 03-00142 HG |
| Plaintiff, ) | |
| ) | INDICTMENT |
| vs. ) | |
| ) | [21 U.S.C. §§ 860(a), 844(a)] |
| MARLON ANTHONY ROGERS, ) | |
| Defendant. ) | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about March 19, 2003, in the District of Hawaii, defendant MARLON ANTHONY ROGERS did knowingly and intentionally possess with intent to distribute more than five (5) grams of cocaine base, a Schedule II controlled substance, within one

thousand (1,000) feet of the real property comprising a private university,

In violation of Title 21, United States Code, Sections 860 (a) and 841(b)(1)(B).

COUNT 2

The Grand Jury further charges that:

On or about March 19, 2003, in the District of Hawaii, defendant MARLON ANTHONY ROGERS did knowingly and intentionally possess approximately .599 grams of methamphetamine, its salts, isomers, and salts of its isomers, a controlled Schedule II substance.

In violation of Title 21, United States Code, Section 844 (a).

DATED: March 28, 2003 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
CONSTANCE A. HASSELL
Assistant U.S. Attorney


United States v. Marlon Anthony Rogers
Cr. No. _____
"Indictment"