RECEIVED
CLERK U.S. DISTRICT COURT
MAY 21 2008
12:30 pm
DISTRICT OF HAWAII

5-18-08

Honorable Judge Gilmore,

CR 03-00142 HG-01

My name is Marlon Rogers #89196-022. I was sentenced in your court in 2004. Im writing this because im in need of representation. At the time of my sentencing in your court I was represented by FPD Sam King. Ive contacted Sam King and asked if he was to represent me on my concerns of this new crack law that went in to effect march 3, 2008. I was instructed to write to you and to ask for representation because he no longer handles these cases. I would like to be appointed a counsel to represent me. Thank you very much for your time.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 23 2008
at ___ o'clock and ___ min. __ M.
SUE BEITIA, CLERK

Mahalo,

Marlon Rogers