

JUDGE HELEN GILLMOR
United States District Court
300 Ala Moana Blvd
HONOLULU, HAWAII
96850

NAME MARION ROGERS
REG # 99106-022
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5700
ADELANTO, CA 92301

RECEIVED
CLERK U.S. DISTRICT COURT
MAY 21 2008
12:30 p.m.
DISTRICT OF HAWAII
CR 03-00142 HG-01