# MINUTES

CASE NUMBER:    CR NO. 03-00142HG

CASE NAME:      United States of America Vs. Marlon Rogers

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:  Helen Gillmor        REPORTER:

DATE:   08/08/2008           TIME:

---

COURT ACTION:    "MINUTE ORDER"

   Status Conference set for September 12, 2008 @2:00 p.m. Both Parties shall present their position with respect to the Crack Cocaine Retroactivity Issue under 18 U.S.C. §3582(c)(2) at the Status Conference.


Submitted by Leslie L. Sai, Courtroom Manager